In the Matter of the Application of JACK MORGENBESSER against Hon. PHILIP J. McCOOK, a Justice of the Supreme Court of the State of New York.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MAX BELKIN v. EPHRAIM SPIEGEL, as President of Schochtim Union of Greater New York, Local 370, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOSEPH M. BUCKO, on His Own Behalf and on Behalf of Others Similarly Situated, v. THOMAS E. MURRAY, JR., Receiver of the INTERBOROUGH RAPID TRANSIT Co., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., taking no part.

EDNA LANE BRILLEMAN v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA. —Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THOMAS GRANVILLE LEITCH v. SAMUEL CUMMINS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HERBERT McLEAN PURDY MANAGEMENT CORPORATION v. 342 MADISON AVENUE CORPORATION; EDWARD J. PARKINSON, Receiver; WALLACE GREENE ARNOLD and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [See *post*, p. 944.]

CARIL S. CHACE and Another v. STAR RIDGE COMPANY, INC., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ADELE AHRENS WATT to Compel THE NEW YORK TRUST COMPANY, as Testamentary Trustee under the Last Will and Testament of HENRY L. WOLFF, Deceased, to Settle its Account as Such Testamentary Trustee and for the Appointment of a Substitute Trustee in Place and Stead of Said THE NEW YORK TRUST COMPANY. ADELE AHRENS WATT; THE NEW YORK TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ROSE BURBILL and DAVID BURBILL v. THE GREATER NEW YORK TAXPAYERS MUTUAL INSURANCE ASSOCIATION.— Motion for reargument denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.